**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60903-EA**

**Lenny Cecere,**

      Plaintiff,

v.

**Ford Motor Credit Company, LLC,**

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This cause comes before the Court on the defendant's motion to dismiss the plaintiff's petition to confirm an arbitration award [ECF No. 5]. Because of the nature of this case, the plaintiff must establish diversity jurisdiction for this case to proceed. *See Peebles v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, 431 F.3d 1320, 1325 (11th Cir. 2005) ("The Federal Arbitration Act does not confer subject matter jurisdiction over petitions to vacate arbitration awards, nor does it create independent federal question jurisdiction. Independent grounds for subject matter jurisdiction must be demonstrated." (internal citation omitted)).

When alleging the defendant's citizenship, the plaintiff states that the defendant "is a Delaware limited liability company with its principal place of business located in Dearborn, Michigan." ECF No. 1 ¶ 6. But this does not adequately allege the defendant's citizenship because the defendant is an LLC. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[L]ike a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen."). Thus, without addressing the defendant's amount in controversy arguments, the plaintiff has failed to establish diversity jurisdiction.

Therefore, it is **ORDERED AND ADJUDGED**:

1.  The motion to dismiss [ECF No. 5] is **GRANTED**.

2.  The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject

    matter jurisdiction.

3.  The plaintiff may file an amended petition within **14 days** of the issuance of this order.

**ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of June 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bryan Andre Giribaldo**
Pardell, Kruzyk & Giribaldo, PLLC
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
737-310-3211
Email: bgiribaldo@pkglegal.com

**Logan Pardell**
SHAVITZ LAW GROUP, P.A.
951 Yamato Road
Suite 285
Boca Raton, FL 33431
5614478888
Email: lpardell@pkglegal.com

**Alex Kruzyk**
Pardell, Kruzyk & Giribaldo PLLC
501 Congress Ave.
Suite 150
Austin, TX 78701
737-310-3210
Email: akruzyk@pkglegal.com

**Andrew Kenneth Faris**
Pearson Doyle Mohre Pastis LLP

901 N Lake Destiny Rd
Suite 305
MAITLAND, FL 32751
4076470090
Email: andrewkenfaris@gmail.com